IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

LUMBER LIQUIDATORS LEASING, LLC, et al.

        Plaintiffs,

v.                                      CASE No.: 3:13cv313

SEQUOIA FLOORING, INC., et al.

        Defendants.

OPPOSITION TO NOTICE OF THE CLERK'S INTENTION TO
PROCEED WITH ABATEMENT

The Complaint filed in this action on May 17, 2013, against the foreign defendants, Sequoia Flooring, Inc., Daniel Benchetrit, individually, and Gerald Benchetrit, individually, is in the process of being served upon the defendants in Canada through the Hague Central Authority service. Because service is being made in a foreign country, pursuant to Federal Rule of Civil Procedure 4(m) the 120 day deadline does not apply in this case. Upon receipt of the proofs of service of the Complaint upon the Defendants, Plaintiffs will file the proof of service with the Court.

        LUMBER LIQUIDATORS SERVICES, LLC and
        LUMBER LIQUIDATORS, INC.


        _____/s/ W. Alexander Burnett_____
        Patrick R. Hanes (VSB No. 38148)
        W. Alexander Burnett (VSB No. 68000)
        WILLIAMS MULLEN
        200 S. 10th Street, Suite 1600 (23219)
        P.O. Box 1320
        Richmond, VA  23218-1320
        Phone (804) 420-6000
        Fax: (804) 420-6507
        aburnett@williamsmullen.com
        phanes@williamsmullen.com

23550345_1