IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**(Richmond Division)**

| | |
|---|---|
| **LUMBER LIQUIDATORS LEASING, LLC** et al., ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO. 3:13-cv-00313-JRS |
| **SEQUOIA FLOORINGS, INC., et al.** ) ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS

COME NOW, *by Special Appearance*, Defendants Sequoia Floorings, Inc., Daniel Benchetrit, and Gerard Benchetrit, ("Defendants"), by and through undersigned counsel, and move to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(2) and (5) for lack of personal jurisdiction over Defendants Daniel Benchetrit, and Gerard Benchetrit and insufficient service of process as to all Defendants and refers the Court to the accompanying Memorandum in support of this Motion to Dismiss.

WHEREFORE, the Defendants respectfully request that the Court enter an order dismissing Daniel Benchetrit, and Gerard Benchetrit for lack of personal jurisdiction and dismiss this action for insufficient service of process.

Respectfully submitted,

By:   /s/ Rachelle E. Hill
William F. Krebs, Va. Bar No. 17347
Rachelle Hill, Va. Bar No. 74996
wkrebs@beankinney.com
rhill@beankinney.com

BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Blvd., Seventh Floor
Arlington, VA 22201
Phone:   703-525-4000
Fax:       703-525-2207
*Counsel for Defendants Sequoia Floorings, Inc.,
Daniel Benchetrit and Gerard Benchetrit*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 11th day of November, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to the following:

Patrick R. Hanes (VSB No. 38148)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
200 S. 10th Street, Suite 1600 (23219)
P.O. Box 1320
Richmond, VA 23218-1320
Phone (804) 420-6000
Fax: (804) 420-6507
aburnett@williamsmullen.com
phanes@williamsmullen.com
*Counsel for Plaintiffs*

                /s/ Rachelle E. Hill
                Rachelle E. Hill