IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| LUMBER LIQUIDATORS LEASING, LLC et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SEQUOIA FLOORINGS, INC., et al. | ) ) ) |
| Defendants. | ) |

CASE NO. 3:13-cv-00313-JRS

**FINANCIAL INTEREST DISCLOSURE STATEMENT FOR DEFENDANT SEQUOIA FLOORINGS, INC.**

Pursuant to Local Rule 7.1 of the Eastern District of and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Sequoia Floorings, Inc., in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

By: /s/ Rachelle E. Hill
William F. Krebs, Va. Bar No. 17347
Rachelle Hill, Va. Bar No. 74996
wkrebs@beankinney.com
rhill@beankinney.com
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Blvd., Seventh Floor
Arlington, VA 22201
Phone: 703-525-4000
Fax: 703-525-2207
*Counsel for Defendants Sequoia Floorings, Inc., Daniel Benchetrit and Gerard Benchetrit*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of November, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to the following:

Patrick R. Hanes (VSB No. 38148)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
200 S. 10th Street, Suite 1600 (23219)
P.O. Box 1320
Richmond, VA 23218-1320
Phone (804) 420-6000
Fax: (804) 420-6507
aburnett@williamsmullen.com
phanes@williamsmullen.com
*Counsel for Plaintiffs*

/s/ Rachelle E. Hill
Rachelle E. Hill