IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| LUMBER LIQUIDATORS LEASING, LLC et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 3:13-cv-00313-JRS |
| SEQUOIA FLOORINGS, INC., et al. | ) ) ) |
| Defendants. | ) ) |

**STIPULATION AND AGREED ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

IT IS HEREBY STIPULATED by and between undersigned counsel that the deadline for Plaintiffs Lumber Liquidators Leasing, LLC and Lumber Liquidators, Inc. ("Plaintiffs") to file their responsive brief to the Motion to Dismiss is extended to and including Tuesday, November 26, 2013 and that the deadline for Defendants Sequoia Floorings, Inc., Daniel Benchetrit, and Gerard Benchetrit ("Defendants") to file their reply brief is extended to and including Thursday, December 5, 2013.

SO ORDERED:

Entered this _____ day of _____, 2013.

_____
James R. Spencer
United States District Judge

Date: November 25, 2013

| Seen and Agreed: | Respectfully submitted, |
|---|---|
| /s/ W. Alexander Burnett | /s/ Rachelle E. Hill |
| Patrick R. Hanes (VSB No. 38148) | William F. Krebs, Va. Bar No. 17347 |
| W. Alexander Burnett (VSB No. 68000) | Rachelle Hill, Va. Bar No. 74996 |
| WILLIAMS MULLEN | BEAN, KINNEY & KORMAN, P.C. |
| 200 S. 10th Street, Suite 1600 (23219) | 2300 Wilson Blvd., Seventh Floor |
| P.O. Box 1320 | Arlington, VA 22201 |
| Richmond, VA 23218-1320 | Phone: 703-525-4000 |
| Phone (804) 420-6000 | Fax: 703-525-2207 |
| Fax: (804) 420-6507 | wkrebs@beankinney.com |
| aburnett@williamsmullen.com | rhill@beankinney.com |
| phanes@williamsmullen.com | *Counsel for Defendants* |
| *Counsel for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of November, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to the following:

Patrick R. Hanes (VSB No. 38148)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
200 S. 10th Street, Suite 1600 (23219)
P.O. Box 1320
Richmond, VA 23218-1320
Phone (804) 420-6000
Fax: (804) 420-6507
aburnett@williamsmullen.com
phanes@williamsmullen.com
*Counsel for Plaintiffs*

/s/ Rachelle E. Hill
Rachelle E. Hill