

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## CERTIFICATE

Addressee: DANIEL BENCHETRIT

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

**1)** that the document has been served

- the (date)
December 17, 2013 at 8:00 A.M.

- at (place, street, number)
46, Radisson street, Dollard-des-Ormeaux, Québec, Canada

- in one of the following methods authorised by article 5:

☑ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5
of the Convention

[ ] (b) in accordance with the following particular method

[ ] (c) by delivery to the addressee, if he accepts it voluntarily

The documents referred to in the request have been delivered to:

- (Identity and description of the person)
Mrs. Jennifer Lachica, a person in charge of the residence at the time of service

- relationship to the addressee (family, business or other)
A person in charge of the residence

**2)** that the document has not been served, by reason of the following facts:

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay
or reimburse the expenses detailed in the attached statement

ANNEXES
Documents returned:

Done at __Laval__ , the __December 17, 2013__

-Summary of the Document to Be Served

-Summons in a Civil Action

-Complaint

-Translations
Documents establishing the service

Signature and/or stamp

EI-1 (2009-08)

## THE HAGUE
### Convention on the service abroad of judicial and extrajudicial documents
### In civil or commercial matters

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division
Civil Action No. 3: 13CV313


LUMBER LIQUIDATORS LEASING, LLC and
LUMBER LIQUIDATORS, INC.

**Plaintiff**

-vs-


SEQUOIA FLOORINGS, INC.
DANIEL BENCHETRIT, and
GERALD BENCHETRIT

**Defendants**


## AFFIDAVIT OF SERVICE


I, Robert Pouliot, Bailiff of Justice of the Province of Quebec in Canada, located at 120-A, boul. Curé-Labelle, Laval, Québec, Canada, BEING DULY SWORN, SAYS: That at all times herein Affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made.


1. On December 17, 2013 at approximately 8:00 A.M., I served DANIEL BENCHETRIT, with the attached;

- Summary of the Document to Be Served
- Summons in a Civil Action
- Complaint
- Translations

By leaving a copy with Mrs. Jennifer Lachica, a person in charge at the residence at the time of service ;

At: 46, Radisson street, Dollard-des-Ormeaux, Quebec, Canada.

I was able to identify the person served by means of verbal acknowledgement.

I declare under penalty of perjury that the foregoing is true and correct.

**Robert Pouliot, bailiff of justice**

Sworn before me in the City of Laval
In the Province of Québec, Canada
This ___7,___ day of January, 2014

A Commissioner for the Province of Québec